AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JAMES EDWARD FRANKLIN,

        Plaintiff,

                              **JUDGMENT IN A CIVIL CASE**

vs.

                              CASE NO.  C2-09-0985

**STATE OF OHIO, DEPARTMENT**     JUDGE EDMUND A. SARGUS, JR.
**OF DEVELOPMENT,**                       MAGISTRATE JUDGE MARK R. ABEL

        **Defendant.**

    ___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the Order filed July 13, 2010, JUDGMENT is hereby entered DISMISSING this case.

Date: July 13, 2010                             JAMES BONINI, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk